RECOMMENDED FOR FULL-TEXT PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)
File Name: 17a0087p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*v.*

RAY GIBSON,

*Defendant-Appellant.*

No. 15-6122

Appeal from the United States District Court
for the Eastern District of Kentucky at London.
No. 6:14-cr-00025-1—Amul R. Thapar, District Judge.

Decided and Filed: April 19, 2017

Before: COLE, Chief Judge; BATCHELDER, MOORE, CLAY, GIBBONS,
ROGERS, SUTTON, COOK, McKEAGUE, GRIFFIN, KETHLEDGE,
WHITE, STRANCH, and DONALD, Circuit Judges.

_____

**ORDER**

_____

A majority of the Judges of this Court in regular active service has voted for rehearing en banc of this case. Sixth Circuit Rule 35(b) provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is ORDERED that the previous decision of this court is vacated, the mandate is stayed, and this case is restored to the docket as a pending appeal.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk